IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LENA M. GEORGE**                                                              **PLAINTIFF**

v.                                  **CASE NO. 4:08CV00319 BD**

**MICHAEL J. ASTRUE, Commissioner,**
Social Security Administration                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action pursuant to "sentence four" of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 17th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE